## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## BAY CITY

| | |
|---|---|
| Bridget D. Charles, | CASE NO. 1:25-cv-11613-TLL-PTM |
| Plaintiff, | |
| v. | Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |
| TransUnion, LLC, | |
| Defendant. | |

## NOTICE OF INTENT TO SETTLE

**PLEASE TAKE NOTICE THAT** Plaintiff Bridget D. Charles and Defendant TransUnion, LLC have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of TransUnion, LLC within 60 days once the settlement is finalized.

Respectfully submitted,

**SCHUMACHER LANE PLLC**

Dated: July 17, 2025

*/s/ Joshua B. Lane*
Joshua B. Lane
TX Bar No. 24092665
P.O. Box 558
Spring Branch, TX 78070
Phone: (210) 541-2154
Fax: (210) 783-1383
josh@schumacherlane.com