UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| BRIDGET D. CHARLES, | Case No. 1:25-cv-11613 |
| *Plaintiff,* | Thomas L. Ludington<br>United States District Judge |
| v. | |
| TRANSUNION, LLC, | Patricia T. Morris<br>United States Magistrate Judge |
| *Defendant.* | |

## ORDER OF COMPLETION OF REFERRAL

The above-captioned case was referred to Magistrate Judge Patricia T. Morris for all pretrial proceedings on June 2, 2025. (ECF No. 3.) On July 17, 2025, Plaintiff's counsel filed a Notice of Intent to Settle, advising the Court that the parties have reached a settlement in principle. (ECF No. 7).

Accordingly, the pretrial referral is complete, and the case is returned to the chambers of the District Judge for further proceedings.

**IT IS ORDERED.**

Date: July 21, 2025

S/ PATRICIA T. MORRIS
Patricia T. Morris
United States Magistrate Judge