**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**BAY CITY**

| | |
|---|---|
| Bridget D. Charles, | CASE NO. 1:25-cv-11613-TLL-PTM |
| Plaintiff, | |
| v. | Hon. Thomas L. Ludington<br>Magistrate Judge Patricia T. Morris |
| TransUnion, LLC, | |
| Defendant. | |

## VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENTANT TRANSUNION, LLC

**PLEASE TAKE NOTICE THAT** Plaintiff Bridget D. Charles pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), hereby voluntarily dismisses Defendant TransUnion, LLC, with prejudice, as to all claims in this action.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

  (A) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

   (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant TransUnion, LLC has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, Defendant TransUnion, LLC may be dismissed from the Complaint for all purposes and without an Order.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **SCHUMACHER LANE PLLC** |
| Dated: September 24, 2025 | */s/ Joshua B. Lane* |
|  | Joshua B. Lane |
|  | TX Bar No. 24092665 |
|  | P.O. Box 558 |
|  | Spring Branch, TX 78070 |
|  | Phone: (210) 541-2154 |
|  | Fax: (210) 783-1383 |
|  | josh@schumacherlane.com |